No. 10–8209. PALMER v. TRENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–8213. DENBOW v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–8219. ORTEGON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–8224. WHITE v. BOYD ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 10–8230. LAFFITEAU v. MANAGEMENT AND LEGAL AGENTS FOR CAMELOT INN. C. A. 4th Cir. Certiorari denied.

No. 10–8236. MUSUNGAYI v. WHIRLPOOL CORP. C. A. 10th Cir. Certiorari denied.

No. 10–8242. MARTINEZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–8257. WRIGHT v. WOOD ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–8259. GOMES v. BERGERON, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 10–8260. HOOKS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–8264. CODE v. CAIN, WARDEN. Sup. Ct. La. Certiorari denied.

No. 10–8267. DAVIS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–8268. DAVIS v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 10–8274. BERRY v. CITIBANK F. S. B. C. A. 7th Cir. Certiorari denied.